FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19mj 148 |
| ) | |
| PAUL POTTER, ) | |
| ) | |
| Defendant ) | |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about October 1, 2013, to on or about March 31, 2014, in the City of Alexandria within the Eastern District of Virginia, the defendant, PAUL POTTER, knowingly and unlawfully failed to comply with the worker accreditation requirements of the Toxic Substances Control Act including the regulations governing the worker accreditation requirements for conducting a response action with respect to friable asbestos-containing materials in a commercial building under 15 U.S.C. § 2646(a) and 40 C.F.R. Part 763, Subpart E, Appendix C, in that POTTER did not hire workers for the response action that were accredited as asbestos workers under the Toxic Substances Control Act, in violation of Title 15, United States Code, Section 2615(b).

## Count 2

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

From on or about October 1, 2013, to on or about March 31, 2014, in the City of Alexandria within the Eastern District of Virginia, the defendant, PAUL POTTER, knowingly and unlawfully failed to comply with the worker accreditation requirements of the Toxic Substances Control Act including the regulations governing the worker accreditation requirements for conducting a response action with respect to friable asbestos-containing materials in a commercial building under 15 U.S.C. § 2646(a) and 40 C.F.R. Part 763, Subpart E, Appendix C, in that POTTER failed to have a trained supervisor present at the worksite at all times while the response action was being conducted, in violation of Title 15, United States Code, Section 2615(b).

G. Zachary Terwilliger
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney


_____
David Lastra
Jessica Goldstein
Special Assistant United States Attorneys